IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
LLOYD ANTHONY WALLACE,      )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        1:26cv342-MHT
                            )           (WO)
DONALD VALENZA and          )
COMMANDER MOORE,            )
                            )
     Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Houston County Jail, filed this lawsuit asserting that the conditions of confinement in the jail are unconstitutional.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because plaintiff failed to comply with a notice of deficiency that informed him that he needed to pay the filing fee or file an application to proceed in forma pauperis.  There are no objections to the recommendation.  After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.  The court will additionally dismiss the case for failure to prosecute and because the case cannot move forward without either the payment of the filing fee or the granting of in forma pauperis status.

An appropriate judgment will be entered.

DONE, this the 6th day of July, 2026.

___/s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE